**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6014

KARL KEVIN HILL,

Plaintiff – Appellant,

v.

JOEL ZIEGLER, Warden; PA-C HSA LEWIS BRESCOACH; MICHAEL
WATERS, Physician,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.   John Preston Bailey,
Chief District Judge.  (2:09-cv-00142-JPB-JES)

Submitted:  June 16, 2011            Decided:  June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Karl Kevin Hill, Appellant Pro Se.  Helen Campbell Altmeyer,
Assistant United States Attorney, Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Kevin Hill appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hill v. Ziegler, No. 2:09-cv-00142-JPB-JES (N.D.W. Va. Oct. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED